570

(No. 74-CC-373— )

A & T MOVERS, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed May 13, 1975.*

A & T MOVERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-492— )

FOSTER G. McGAW HOSPITAL, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed May 13, 1975.*

FOSTER G. McGAW HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.